1584.  PATE-SMITH COMPANY v. CLAFLIN COMPANY.

1585.  JOHNSON v. CLAFLIN COMPANY.

HILL, C. J.  It is apparent from an inspection of the records and the questions made that the writs of error in these cases have been prosecuted for delay only, and for the purpose of preventing the prompt collection of a just debt.  The points made are wholly without merit, and the judgments are affirmed, with damages for bringing the cases to this court for delay.                *Judgments affirmed, with damages.*

Complaint, from city court of Sylvester—Judge Park.  November 28, 1908.

Submitted February 10,—Decided May 18, 1909.

*Claude Payton, C. E. Ray,* for plaintiffs in error.

*Polhill & Foy,* contra.

---

### 1589.  MEETZE v. POTTS.

HILL, C. J.  1. Estoppel under section 3823 of the Civil Code operates only in favor of an innocent purchaser without notice.  *Brown* v. *Tucker,* 47 *Ga.* 486.

2. The alleged newly discovered testimony was merely cumulative.

3. The charge of the court fairly submitted the issues, and the evidence was in conflict.                *Judgment affirmed.*

Bail-trover, from city court of LaGrange—Judge Harwell.  November 25, 1908.

Argued February 10,—Decided May 18, 1909.

*A. H. Thompson,* for plaintiff in error.

*F. M. Longley, M. U. Mooty,* contra.